HANORA M. CRONIN, Appellant, *v.* KATHERINE O'LEARY, Respondent.

*Cronin* v. *O'Leary*, 178 App. Div. 909, affirmed.

(Argued March 4, 1919; decided April 15, 1919.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered April 10, 1917, affirming a judgment in favor of defendant entered upon a decision of the court on trial at Special Term. This action was brought to determine the conflicting claims of plaintiff and defendant to moneys paid into court by the supreme council of the Catholic Mutual Benefit Association upon the death of John O'Connor, who held a beneficiary certificate in the association for $2,000. The trial court held that by virtue of a contract between John O'Connor, the member, and the defendant, Katherine O'Leary, his beneficiary, made in August, 1911, a vested right passed to the defendant in said beneficiary certificate to the extent of $1,000, and that the designation of Katherine O'Leary as beneficiary in that amount could not be changed without her consent. Judgment was entered directing payment to the defendant of $1,000 of the beneficiary moneys paid into court, and the balance thereof to the plaintiff.

*Irving W. Cole* and *Hamilton Ward* for appellant.

*Thomas C. Burke* and *Lawrence J. Collins* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, CRANE and ANDREWS, JJ. Not voting: POUND, J.